JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIM HOFFMAN, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ZENITH INSURANCE COMPANY, et al., <br><br> Defendants. <br> _____ | Case No.: SACV 10-00355 DOC (ANx) <br><br> **JUDGMENT** <br><br> Hearing Date: February 7, 2011 <br> Time: 8:30 a.m. <br> Ctrm.: 9D |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT judgment is entered in favor of defendants Zenith Insurance Company and ZNAT Insurance Company. Plaintiffs shall take nothing by way of their complaint, and defendants are entitled costs the amount of _____.

IT IS SO ORDERED.

Dated: February 15, 2011     By: /s/ David O. Carter

United States District Judge